**Benjamin R. Trachtman, Esq. [SBN 137458]**
btrachtman@trachtmanlaw.com
**Ryan M. Craig, Esq. [SBN 220648]**
rcraig@trachtmanlaw.com
**TRACHTMAN & TRACHTMAN, LLP**
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA  92653
Telephone:  (949) 282-0100
Facsimile:  (949) 282-0111

Attorneys for Plaintiff SIEMENS INDUSTRY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DIVISION OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SIEMENS INDUSTRY, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CTC SERVICES, INC.,<br><br>　　　　Defendants. | CASE NO.:  2:14−CV−00682−TLN−EFB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINES PERTAINING TO EXPERT DISCOVERY AND EXPERT DISCOVERY CUT-OFF** |

　　　　This Stipulation is made by and between Plaintiff Siemens Industry, Inc. ("Plaintiff") and Defendant CTC Services, Inc. ("Defendant"), in light of the following facts:

**RECITALS**

　　　　WHEREAS, this Court entered its Order re: Status (Pretrial Scheduling) Conference on May 30, 2014 ("Order"), Docket Number 11;

　　　　WHEREAS, pursuant to the Order, the parties are to disclose experts and to produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than April 22, 2015 and with regard to expert testimony intended solely for rebuttal on or before May 22, 2015 and with all discovery to be completed by May 22, 2015;

**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINES PERTAINING TO EXPERT DISCOVERY AND EXPERT DISCOVERY CUT-OFF**

WHEREAS, the Parties have initiated discussions for potential settlement amongst counsel;

WHEREAS, in furtherance of potential settlement, the Parties have scheduled a mediation for April 20, 2015, engaging the services of Mediator Kenneth Malovos, Esq., but need additional time to determine whether a settlement can be reached in this case;

WHEREAS, the Parties recognize that the insurance policies procured by Defendant for the claims being made by Plaintiff are not currently providing a defense to Defendant, and the Parties recognize the necessity of obtaining the cooperation for coverage from the applicable insurance carriers to fully resolve the alleged damages from Plaintiff;

WHEREAS, the Parties desire to focus their resources on obtaining insurance coverage for the claims from either or both involved policies and carriers and to minimize expenditure of resources and reserve available moneys to settle their dispute rather than incur costs on expert reports and expert discovery at this time, particularly with the Final Status Conference not scheduled until October 19, 2015 and the Trial not scheduled until January 20, 2016;

WHEREAS, the Parties agree that it would be in their collective best interests to extend the current deadlines contained in the Order as follows:

(a) The deadline to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) to be extended from April 22, 2015 to August 14, 2015;

(b) The deadline to disclose expert testimony and produce reports intended solely for rebuttal purposes in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended from May 22, 2015 to September 4, 2015;

(c) All expert discovery, as set forth in the Court's Order, shall be so conducted so as to be completed by September 21, 2015;

-2-

STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINES PERTAINING TO EXPERT DISCOVERY AND EXPERT DISCOVERY CUT-OFF

1  WHEREAS, Plaintiff and Defendant agree to use the extension of time afforded by this Stipulation to explore and focus efforts on coverage and settlement of their dispute;

WHEREAS, the proposed stipulated modification of the terms Court's May 30, 2014 Order will not delay or prejudice the timely resolution of this case in the event the settlement negotiations prove unsuccessful inasmuch as this case is not set for Trial until January 20, 2016, and the Parties are not seeking to change the Trial Date.

## STIPULATION

WHEREFORE, IT IS STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF AND DEFENDANT THAT:

(a)  The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than August 14, 2015;

(b)  Expert testimony and reports intended solely for rebuttal purposes shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before September 4, 2015; and

(c) All expert discovery shall be conducted so as to be completed by September 21, 2015.

**IT IS SO STIPULATED.**

DATED: April 14, 2015          **TRACHTMAN & TRACHTMAN, LLP**


By:___/s/_____
    Benjamin R. Trachtman
    Ryan M. Craig
    23046 Avenida De La Carlota, Suite 300
    Laguna Hills, CA  92653
    Email:  btrachtman@trachtmanlaw.com
    Telephone:  (949) 282-0100
    Facsimile:   (949) 282-0111
    Attorneys for Plaintiff SIEMENS INDUSTRY, INC.

-3-
_____
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINES PERTAINING TO EXPERT DISCOVERY AND EXPERT DISCOVERY CUT-OFF**

| | |
|---|---|
| DATED: April 14, 2015 | **REYNOLDS MADDUX, LLP** |
| | By:_____ |
| | Phillip J. Maddux |
| | 500 Auburn Folsom Road, Suite 210 |
| | Auburn, CA  95603 |
| | Email:  pjmaddux@rmlawllp.com |
| | Telephone:  (530) 885-8500 |
| | Facsimile:    (530) 885-8113 |
| | Attorneys for Defendant CTC SERVICES, INC. |

**IT IS SO ORDERED.**

Dated:  April 16, 2015

_____
Troy L. Nunley
United States District Judge

_____
**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DEADLINES PERTAINING TO EXPERT DISCOVERY AND EXPERT DISCOVERY CUT-OFF**