**Benjamin R. Trachtman, Esq. [SBN 137458]**
btrachtman@trachtmanlaw.com
**Ryan M. Craig, Esq. [SBN 220648]**
rcraig@trachtmanlaw.com
**TRACHTMAN & TRACHTMAN, LLP**
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA  92653
Telephone:  (949) 282-0100
Facsimile:  (949) 282-0111

Attorneys for Plaintiff SIEMENS INDUSTRY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS INDUSTRY, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>CTC SERVICES, INC., and DOES 1 Through 20, inclusive,<br><br>            Defendants. | No.  2:14-CV-00682-TLN-EFB<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITHOUT PREJUDICE UPON CONDITIONAL SETTLEMENT WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT** |

1

This Stipulation is made between Plaintiff Siemens Industry, Inc. ("Plaintiff") and Defendant CTC Services, Inc. ("Defendant") (collectively, the "Parties"), in light of the following facts:

WHEREAS, the Parties have conducted ongoing settlement discussions between counsel and in furtherance of potential settlement, the Parties engaged in mediation on April 20, 2015 and on February 23, 2016 with the assistance of Sacramento attorney and mediator Kenneth Malovos, Esq.;

WHEREAS, the Parties have reached a settlement which is embodied in the Settlement and Mutual Release Agreement, effective as of February 26, 2016, a true copy of which is attached hereto as Exhibit "A"; and

WHEREAS, the Settlement and Mutual Release Agreement provides, in part, for monthly payments by Defendant to Plaintiff over a period of eighteen (18) months to be secured by a Stipulated Judgment, a true copy of which is attached hereto as Exhibit "B", to be entered and enforced only in the event of material default by Defendant in performance of the terms and conditions of the Settlement and Mutual Release Agreement; and, now, therefore:

IT IS STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF AND DEFENDANT, through their respective counsel, that the amount of the Stipulated Judgment is neither a penalty nor a liquidated damage charge. The amount of the Stipulated Judgment takes into consideration the economics associated with proceeding further with this matter, including but not limited to: (a) A fully performed settlement; (b) Limiting the continuing attorney's fees and costs related to litigation; (c) Limiting attorney's fees and

costs related to post-Judgment procedures, including but not limited to, Judgment Debtor Examinations, debtor and asset searches, levies, writs, assignments and Sister-State Judgments; and (d) Elimination of the uncertainties related to collection of a Judgment in contrast to a full voluntary payment and performance by the Defendant; and

IT IS FURTHER STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF AND DEFENDANT, through their respective counsel, that in the event of default by Defendant, Plaintiff shall comply with the notice procedure set forth in Paragraph 1.c. of the Agreement, as quoted further below, when proceeding for entry of the Stipulated Judgment by application or motion, with opportunity for opposition by applicable statute or rule; and

IT IS FURTHER STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF AND DEFENDANT, through their respective counsel, that Defendant waives Notice of Entry of Judgment.  Each party waives the right to appeal from the Judgment entered hereon.

IT IS FURTHER STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF AND DEFENDANT, through their respective counsel, that this action shall be dismissed without prejudice, but that the Court shall retain jurisdiction for the purpose of enforcing the Settlement and Mutual Release Agreement as provided in Paragraph 1.c. thereof as follows:

> "[I]n the event CTC fails to make any monthly payment when due and such failure continues for a period in excess of 30 days, upon only written notice (as CTC expressly waives personal service of any notice, application, or motion) from SIEMENS delivered by certified mail-return receipt requested via the United States Postal Service ("USPS"), or overnight delivery via Federal Express ("FedEx") or United Parcel Service

3

("UPS") with a tracking number to CTC's agent for service of process according to the website for the California Secretary of State at the time notice is provided, currently Susan R. Stoll, 1725 Foxridge Circle, Auburn, CA 95603, and proof of such failure of payment by CTC to the court by application or motion, judgment shall be entered against CTC in the amount of $200,000.00, in addition to attorneys' fees and costs provided for in Paragraph 7. below incurred by Siemens in securing entry of judgment on the Stipulated Judgment and that despite the dismissal of Action No. 1 as hereinafter provided, the court shall retain jurisdiction to enter such judgment enforcing this settlement.

IT IS FURTHER STIPULATED AND AGREED BY AND BETWEEN PLAINTIFF AND DEFENDANT, through their respective counsel, that upon payment in full by Defendant to Plaintiff pursuant to the Agreement, this action shall be dismissed in its entirety with prejudice.

**IT IS SO STIPULATED.**

Dated: March 9, 2016         **REYNOLDS MADDUX WOODWARD LLP**

                             By: */s/ Phillip J. Maddux*
                                 *(as authorized 03-09-16)*
                                 Phillip J. Maddux
                                 Attorneys for Defendant
                                 CTC Services, Inc.

Dated: March 9, 2016         **TRACHTMAN & TRACHTMAN, LLP**

                             By: */s/Benjamin R. Trachtman*
                                 *(as authorized 03-09-16)*
                                 Benjamin R. Trachtman
                                 Ryan M. Craig
                                 Attorneys for Plaintiff
                                 Siemens Industry, Inc.

**IT IS SO ORDERED.**

Dated: May 13, 2016

_____
Troy L. Nunley
United States District Judge